# United States Court of Appeals for the Federal Circuit

---

September 28, 2012

**ERRATA**

---

Appeal No. 2010-1435

**1ST MEDIA, LLC,**
*Plaintiff-Appellant,*

**v.**

**ELECTRONIC ARTS, INC., HARMONIX MUSIC SYSTEMS, INC., AND VIACOM, INC.,**
*Defendants-Appellees,*

AND

**SONY COMPUTER ENTERTAINMENT AMERICA, INC.,**
*Defendant-Appellee.*

Decided:  September 13, 2012
Precedential Opinion

---

Please make the following change:

Page 3, line 16, change "May 2, 1992" to --May 2, 1995--.